1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorney for Plaintiff,
5  JOHN CARTER

6                    **UNITED STATES DISTRICT COURT,**
                        **DISTRICT OF ARIZONA**
7

8  JOHN CARTER,                        )   **Case No.: 2:09-CV-02695**
                                       )
9            Plaintiff,                )
                                       )   **NOTICE OF SETTLEMENT**
10       v.                            )
                                       )
11 NATIONAL SERVICE BUREAU,            )
                                       )
12           Defendant.                )
   _____)

13         NOW COMES the Plaintiff, JOHN CARTER, by and through the undersigned counsel

14 and hereby informs the court that a settlement of the present matter has been reached and is in

15 the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next

16 30 days.

17         Plaintiff therefore requests that this honorable court vacate all dates currently set on

18 calendar for the present matter.

19                              Respectfully Submitted,

20 DATED: February 26, 2010      KROHN & MOSS, LTD.

21

22                              By: /s/ Ryan Lee                          _

23                                  Ryan Lee
                                    Attorney for Plaintiff
24

25

                                       - 1 -