1  Ryan Lee, Esq. (SBN 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4
   Attorneys for Plaintiff, JOHN CARTER
5

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| JOHN CARTER, | ) Case No.: 2:09-cv-02695-SRB |
|---|---|
| Plaintiff, | ) **VOLUNTARY DISMISSAL** |
| v. | ) |
| NATIONAL SERVICE BUREAU, | ) |
| Defendant. | ) |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, JOHN CARTER, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: March 19, 2010                                KROHN & MOSS, LTD.


                                                     By:/s/ Ryan Lee
                                                        Ryan Lee
                                                        Attorneys for Plaintiff
                                                        JOHN CARTER